JOSEPH H. HEINZEN, Appellant, v. FRED BELL, Respondent.— Plaintiff was struck by an automobile; he suffered injury to his hip and to his elbow. The extent of these injuries was in sharp conflict between the doctors. The doctor who examined him immediately after the accident and the following day found mere abrasions and superficial injuries. There was a question of fact for the jury as to the extent of these injuries. Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

THE ELMIRA SAVINGS BANK, Respondent, v. ELMER C. SLATER and Another, Appellants, and Others, Defendants.— Appeal from an order of Chemung County Court granting plaintiff a deficiency judgment in an action to foreclose a mortgage, pursuant to section 1083-a of the Civil Practice Act. The principal sum of plaintiff's mortgage, together with taxes, interest and costs, amounted to $4,837.11. The property was bid in for $2,100. The court granted a deficiency judgment of $1,146.60. The property in question was not occupied by defendants or leased for commercial purposes. Order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

EDWARD J. GARDNER, Respondent, v. INA COUGHLIN, Appellant, and MIKE BARAN and Others, Defendants.— Defendant, appellant, applied for an order directing that a sale on foreclosure be set aside and that her default be opened, and that she be permitted to interpose an answer. Order unanimously affirmed, without costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

KATHERINE O'BRIEN, Respondent, v. ROBERT J. FLUNEY, JR., and Another, Appellants. ETHEL WARNER ROGERS, Respondent, v. ROBERT J. FLUNEY, JR., and Another, Appellants. KENNETH ROGERS, Respondent, v. ROBERT J. FLUNEY, JR., and Another, Appellants.— Appeals by defendants from judgments, entered upon verdicts in plaintiffs' favor, and orders denying motions for new trial. Defendants' truck, in a disabled condition, stood on the left side of a State highway, after dark, with the headlights lighted. Plaintiffs were proceeding in the opposite direction in an automobile, and came into collision with the truck while attempting to pass it on their right side. Judgments and orders unanimously affirmed, with costs in one action. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of MAC WEINBERG, Respondent, against EAGLE CLOTHES and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— The claimant was employed by a clothing manufacturer as an assistant to the foreman in the cutting department. He came to work in his car which he stored at Thirteenth street. While en route to get his car to go down town on the business of the employer, within his working hours, he was assaulted by two unidentified men, causing the injury for which the award was made. The injury arose out of and in the course of his employment. Award affirmed, with costs to the State Industrial Board. Rhodes, McNamee, Crapser and Heffernan, JJ., concur; Hill, P. J., dissents.